Beatrice Sokol, Appellant, v. Dudley Harde et al., Copartners under the Firm Name of Harde and Sharp, Respondents.

Argued January 26, 1937; decided March 9, 1937.

*George S. Mittendorf* and *Arnold Furst* for appellant.

*Ira Skutch* and *George W. Phillips, Jr.*, for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.